UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>BRETT ALLEN BOSSINGHAM )<br>)<br>and )<br>)<br>ELISABETH ANN BOSSINGHAM)<br>)<br>Defendants. )<br>_____ ) | Case No. 1:10-CR-00150 OWW<br><br>MOTION TO WITHDRAW AS ATTORNEY<br><br>**FILED**<br><br>DEC 1 8 2011<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

Gary D. Fielder, retained attorney for Defendants, Elisabeth Ann Bossingham and Brett Allen Bossingham, respectfully moves this Court for an Order allowing undersigned counsel to withdraw as the attorney for the Defendants; and

AS GROUNDS THEREFOR, counsel states:

1. On December 2, 2011, the Defendants filed a Constructive Notice of Termination of Attorneys indicating that undersigned counsel was terminated as legal counsel, *nunc pro tunc* November 23, 2011.

2. Therefore, counsel would request that the Court issue an order allowing his withdrawal from further representation of the Defendants.

Dated this 9th day of December, 2011.

                                       *s/ Gary D. Fielder*
                                       Gary D. Fielder, #19757
                                       LAW OFFICE OF GARY D. FIELDER
                                       5777 Olde Wadsworth Boulevard, #R700
                                       Arvada, CO 80002
                                       (303) 650-1505

It is so Ordered. Dated: /2-/2-//

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of December, 2011, electronically filed the foregoing **MOTION TO WITHDRAW AS ATTORNEY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Henry Z. Carbajal, III
Assistant U.S. Attorney
henry.carbajal@usdoj.gov

and by U.S. Mail to the following:

Brett A. Bossingham
Elisabeth A. Bossingham
1827 South Court Street, Suite F
Visalia, CA 93277

*s/ Shelley Ricker, Legal Assistant*