# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-0150 AWI |
| Plaintiff, ) | ORDER RETURNING MATERIALS TO DEFENDANTS |
| v. ) | |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, ) | |
| Defendants. ) | |

Defendants Brett Allen and Elisabeth Ann Bossingham have mailed materials entitled "Notice, Forgive Me Request, Constructive Notice of Conditional Acceptance" and "Notice of Fault - Opportunity to Cure 'Final Expression in a Record.'" These materials have also been sent to the U.S. Attorney's Office for the Eastern District of California. Included are materials that are part of former Docket No. 138 which has been stricken from the record and a declaration that non-response from the U.S. Attorney's Office constitutes agreement to end the criminal prosecution. As has previously been stated, these materials are improper and will not be docketed.

It is ORDERED that the Clerk of the Court RETURN these materials to Defendants.

IT IS SO ORDERED.

Dated:     January 3, 2012     _____

CHIEF UNITED STATES DISTRICT JUDGE