UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRETT ALLEN BOSSINGHAM and<br>ELISABETH ANN BOSSINGHAM,<br><br>    Defendants. | CASE NO. 1:10-CR-0150 AWI<br><br>ORDER DIRECTING THE CLERK<br>OF COURT TO RETURN<br>DOCUMENTS RECEIVED ON<br>JANUARY 12, 2012, JANUARY 13,<br>2012, AND JANUARY 20, 2012 |

On January 12, 2012, the court received from Defendants Brett Allen and Elisabeth Ann Bossingham materials entitled "Notice, Forgive Me Request, Constructive Notice of Conditional Acceptance". On January 13, 2012, the court received documents entitled "Notice of Default in Dishonor Consent to Judgment". On January 20, 2012, the court received materials entitled "Proof of Faxing Constructive Notice of Conditional Acceptance Defendants" and "Constructive Notice of Conditional Acceptance." On January 20, 2012, the court received a document entitled "Notice of Tender for Setoff and Request Regarding a Statement of Account" from Defendant Brett Allen Bossingham. On January 20, 2012, the court received a document entitled "Notice of Tender for Setoff and Request Regarding a Statement of Account" from Defendant Elisabeth A. Bossingham. On January 20, 2012, the court received materials entitled "Notice of filing Foreign Judgment" by Defendants. The court received multiple copies of these documents. It also appears these materials may have been sent to the U.S. Attorney's Office for the Eastern District of California.

1

In the interests of justice and preserving any record for appeal, the Clerk of the Court is DIRECTED to attach to this order one copy of each of the January 12, 2012, January 13, 2012, and January 20, 2013 documents. However, as previously found, these documents are not relevant to the pending criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

Dated: January 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE