# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRETT ALLEN BOSSINGHAM and<br>ELISABETH ANN BOSSINGHAM,<br><br>　　　　Defendants. | CASE NO. 1:10-CR-0150 AWI<br><br>ORDER DIRECTING THE CLERK<br>OF COURT TO RETURN<br>DOCUMENTS RECEIVED ON<br>FEBRUARY 1, 2012 AND<br>FEBRUARY 3, 2012 |

　　　On February 1, 2012, the court received from Defendants Brett Allen and Elisabeth Ann Bossingham materials entitled "Notice of Amendment Tender for Setoff" and "Notice Forgive Me Request Notice of Amendment to Private Setoff Process." On February 3, 2012, the court received materials entitled "Notice of Fault - Opportunity to Cure 'Final Expression in a Record.'" The court received multiple copies of these documents. It also appears these materials may have been sent to the U.S. Attorney's Office for the Eastern District of California.

　　　In the interests of justice and preserving any record for appeal, the Clerk of the Court is DIRECTED to attach to this order one copy of each of these documents. However, as previously found, these documents are not relevant to the pending criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file

these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

Dated: February 3, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE