UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,**<br><br>**Defendants.** | ) | **CASE NO. 1:10-CR-0150 AWI**<br><br>**ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED ON FEBRUARY 6, 2012** |

On February 6, 2012, the court received from Defendants Brett Allen and Elisabeth Ann Bossingham materials entitled "Constructive Notice of Conditional Acceptance" and "Conditional Notice of Conditional Acceptance and Return of Jencks Act Materials." It also appears these materials may have been sent to the U.S. Attorney's Office for the Eastern District of California.

In the interests of justice and preserving any record for appeal, the Clerk of the Court is DIRECTED to attach to this order one copy of each of these documents. However, as previously found, these documents are not relevant to the pending criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to

Defendants.

IT IS SO ORDERED.

Dated: February 8, 2012

CHIEF UNITED STATES DISTRICT JUDGE