# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-0150 AWI |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED ON APRIL 11, 16, AND 24 |
| v. | |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, | |
| Defendants. | |

The court has received multiple documents from Defendants Brett Allen and Elisabeth Ann Bossingham. They are variously entitled, "Constructive Notice of Conditional Acceptance," "Constructive Notice of Conditional Acceptance and Return of Original Documents Received from Probation," "Notice of Rescission and Cancellation of Counterclaim for Trespass non Pro Tunc to November 12th 2010," "Constructive Notice of Rescission and Cancellation of Writ of Prohibition," "Notice of Amended Filing Authenticated Foreign Judgment Record and Notice of Filing Original Certificate of Authentication of Notary," "Amended Constructive Notice of Conditional Acceptance," and "Final Amended Constructive Notice of Conditional Acceptance." It also appears that some if not all of these materials have also been sent to the U.S. Attorney's Office for the Eastern District of California.

1

In the interests of justice and preserving any record for appeal, the Clerk of the Court is DIRECTED to attach to this order copies of this document. However, as previously found, these documents are not relevant to the criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

Dated:   April 25, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE