# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-0150 AWI |
| Plaintiff, | ORDER DENYING REQUESTS FOR CONTINUANCE |
| v. | |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, | |
| Defendants. | |

Defendants Brett Allen and Elisabeth Ann Bossingham were convicted on February 9, 2012. Defendants received their presentence reports on March 17, 2012. Their sentencing hearing is scheduled for Monday, April 30, 2012. On Friday, April 27, 2012, the court received Defendants' requests to continue the hearing for 10 days, seeking to "properly address and correct a procedural error in rendering notice of the setoff, settlement, and closure of Case #1:10-CR-00150-[01 and 02] AWI via the authenticated Foreign Judgment Record to this Court, via an In Camera review." Docs. 185 and 186. Defendants' request is untimely, coming the Friday before the Monday hearing. As far as can be determined, the requirements of Fed. Rule. Crim. Proc. 32 with regard to notice of presentence reports and providing adequate opportunity to object have been followed. Defendants have not provided a sufficient factual or legal basis for

continuing the sentencing hearing.  Defendants' requests is DENIED.

IT IS SO ORDERED.

Dated: April 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE