UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-0150 AWI |
| Plaintiff, ) | ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED |
| v. ) | |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, ) | |
| Defendants. ) | |

The court has received multiple documents from Defendants Brett Allen and Elisabeth Ann Bossingham. They have been returned to Defendants as not relevant to the case, and thus improperly filed. Defendants have now provided proof of service to show that the documents attached to Docket Entry 184 have been served on Brian Bedrosian of the U.S. Probation Office, Kim Dalton of Pretrial Services, Henry Carbajal of the U.S. Attorney's Office, and Mark Cullers of the U.S. Attorney's Office.

In the interests of justice and preserving any record for appeal, the Clerk of the Court is DIRECTED to attach to this order copies of these documents. However, as previously found, these documents are not relevant to the criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies,

back to Defendants.  To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

Dated:  ___April 27, 2012___

_____
CHIEF UNITED STATES DISTRICT JUDGE