# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,**<br><br>    Defendants. | CASE NO. 1:10-CR-0150 AWI<br><br>**ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED** |

    The court has received a document from Defendant Elisabeth Ann Bossingham entitled, "Conditional Acceptance of Monetary Penalty Exhibit A and Holding of the Collateral and any and all Nonpayment Claims for Case No. 1:10-cr-00150 AWI Debtor Defendants ELISABETH ANN BOSSINGHAM and BRETT ALLEN BOSSINGHAM."

    In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order copies of this document. However, as previously found, these documents are not relevant to the criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court

is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

Dated: July 25, 2013

_____
SENIOR DISTRICT JUDGE