1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF CALIFORNIA**

4

5   **UNITED STATES OF AMERICA,**          **CASE NO. 1:10-CR-0150 AWI**

6                    **Plaintiff**          **ORDER DIRECTING THE CLERK OF
                                           COURT TO RETURN DOCUMENTS**
7             **v.**                        **RECEIVED**

8   **BRETT ALLEN BOSSINGHAM and
    ELISABETH ANN BOSSINGHAM,**
9
                     **Defendants**
10

11          The court has received documents from Defendants Brett Allen and Elisabeth Ann

12  Bossingham. They are entitled, "NOTICE Conditional Acceptance of any and All Nonpayment

13  Claims and Holding of Collateral in Case No. 1:10-cr-00150-AWI for Debtor Defendants

14  ELISABETH ANN BOSSINGHAM and BRETT ALLEN BOSSINGHAM"; a letter directed to

15  Assistant U.S. Attorneys Mark Cullers and Henry Carbajal, III, entitled "LETTER OF REQUEST

16  RE: Acceptance of and Request for service in Case No. 1:10-cr-00150-AWI, U.S. District Court,

17  Eastern District of California"; and appended exhibits.  In the interests of justice and preserving

18  the record, the Clerk of the Court is DIRECTED to attach to this order copies of this document.

19  However, as previously found, these documents are not relevant to the criminal case against

20  Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return

21  these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file

22  these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to

23  Defendants.

24

25  IT IS SO ORDERED.

26  Dated:   November 26, 2013          _____

27                                      SENIOR  DISTRICT  JUDGE

28